IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. : Case No. 3:19cr116

ROMAN GARCIA, : JUDGE WALTER H. RICE

    Defendant. :

---

ENTRY SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE IN THE FORM OF STATEMENTS (DOC. #14)

---

At the conclusion of the oral and evidentiary hearing, held on the Defendant's Motion to Suppress Evidence in the form of statements (Doc. #14), said hearing held on December 2, 2019, the following briefing schedule was discussed and agreed upon, to wit: within 21 days after the filing of the transcript of the aforesaid hearing, the government will file its post-hearing memorandum, to be followed within 21 days thereafter with any memorandum desired by Defendant. Should Defendant file a post-hearing memorandum, the government must file its reply memorandum not later than 14 days following Defendant's submission.

December 2, 2019

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record